|  | United States District Court ||
|---|---|---|
|  | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION ||
| JORGE DELGADO MEDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>WATERFRONT CONSTRUCTION INC.,<br>and JORGE RIVAS, | **PLAINTIFF'S WITNESS LIST**<br><br>CASE No.: 1:20-CV-20698-WILLIAMS/TORRES ||
| PRESIDING JUDGE<br>HONORABLE KATHLEEN M. WILLIAMS | PLAINTIFF'S ATTORNEY<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>7300 N. Kendall Drive, Suite 450<br>Miami, FL 33156 | DEFENDANT'S ATTORNEY<br>HOFFMAN, LARIN & AGNETTI, P.A.<br>John B. Agnetti, Esq.<br>Daniel H. Kent, Esq.<br>909 North Miami Beach Blvd.<br>Suite 201<br>Miami Beach, Florida 33162 |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | LIVE or BY DEPOSITION | EST. EXAM | ADDRESS | WITNESSES |
|---|---|---|---|---|---|
| 1 |  | Live | 3 hours direct | c/o Pltf's Counsel | Plaintiff, Jorge Delgado Medina |
| 2 |  | Live | 3 hours cross | c/o Defense Counsel | Jorge Rivas |
| 3 |  | Live | 1 hour cross | c/o Defense Counsel | Melanie Cruz |
| 4 |  | Live | 1 hour direct | 11881 S.W. 152nd Terr. Homestead, FL 33032 | Lazaro L. Martinez Seijas |
| 5 |  | Live | 1 hour direct | 2739 U.S. Hwy. 19 #100 Holiday, FL 34691 | Corporate Representative, Southeast Personnel Leasing |
| 6 |  | Live | TBD |  | All Fact Witnesses disclosed by Defendants |
| 7 |  | Live | TBD |  | Rebuttal / Impeachment witnesses |

Plaintiff reserves the right to supplement his Trial Witness List.

Dated this 13th day of March 2021.

                                        Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq.
                                        Fla. Bar No. 174742
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        7300 N. Kendall Drive, Suite 450
                                        Miami, FL 33156
                                        Tel:    305.230.4884
                                        *Counsel for Plaintiff*