AO 187 (Rev. 7/87) Exhibit and List
.

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| JORGE DELGADO MEDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>WATERFRONT CONSTRUCTION INC.,<br>and JORGE RIVAS,<br><br>_____/ | PLAINTIFF'S EXHIBIT LIST<br><br>CASE No.: 1:20-CV-20698-WILLIAMS/TORRES |
|---|---|
| **PRESIDING JUDGE**<br>HONORABLE<br>KATHLEEN M. WILLIAMS | **PLAINTIFF'S ATTORNEY**<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>7300 N. Kendall Drive<br>Suite 450<br>Miami, FL 33156 | **DEFENDANT'S ATTORNEY**<br>HOFFMAN, LARIN & AGNETTI, P.A.<br>John B. Agnetti, Esq.<br>Daniel H. Kent, Esq.<br>909 North Miami Beach Blvd.<br>Suite 201<br>Miami Beach, Florida 33162 |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Defendants' Objections**<br>**A** = Authenticity, **C** = Likely to Confuse, **H** = Hearsay, **R** = Relevance, **SN** = Settlement Negotiations **UP** = Unduly Prejudicial<br>Plaintiff further objects to the lack of identification of the specific documents / materials to be introduced as exhibits. Without such identification, he asserts his reserves his objections to any/all underlying documents. |
| 1 | | | | | Plaintiff's First Set of Interrogatories to Defendant, Jorge Rivas **(R)** |
| 2 | | | | | Defendant, Jorge Rivas' Responses to Plaintiff's First Set of Interrogatories **(A, H, C, R, UP)** |
| 3 | | | | | Plaintiff's First Set of Interrogatories to Defendant, Waterfront Construction, Inc. **(R)** |
| 4 | | | | | Defendant, Waterfront Construction, Inc.'s Responses to Plaintiff's First Set of Interrogatories |
| 5 | | | | | Plaintiff's Second Set of Interrogatories to Defendant, Waterfront Construction, Inc. **(R)** |
| 6 | | | | | Defendant, Waterfront Construction, Inc.'s Responses to Plaintiff's Second Set of Interrogatories |
| 7 | | | | | Plaintiff's First Requests for Production to Defendant, Waterfront Construction, Inc. **(R)** |
| 8 | | | | | Defendant, Waterfront Construction, Inc.'s Responses to Plaintiff's First Requests for Production |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | Plaintiff's Second Requests for Production to Defendant, Waterfront Construction, Inc. **(R)** |
| 10 | | | | | Defendant, Waterfront Construction, Inc.'s Responses to Plaintiff's Second Requests for Production |
| 11 | | | | | Plaintiff's First Requests for Admission to Defendant, Jorge Rivas |
| 12 | | | | | Defendant, Jorge Rivas' Responses to Plaintiff's First Requests for Admission |
| 13 | | | | | Defendants' First Set of Request for Production to Plaintiff **(R)** |
| 14 | | | | | Plaintiff's Responses to Defendants' First Requests **(R, C, H, UP)** |
| 15 | | | | | Plaintiff's Paystubs for 2019 – Plaintiff's Bates000001 |
| 16 | | | | | Plaintiff's Paystubs for 2020 – Plaintiff's Bates000002 |
| 17 | | | | | Check issued by Defendant, Waterfront Construction Inc., to Plaintiff, Jorge Delgado dated 12/20/2019. Check No. 3181 – Plaintiff's Bates000003 |
| 18 | | | | | Check issued by SouthEast to Plaintiff, Jorge Delgado dated 01/10/2020. Check No. 1615983 – Plaintiff's Bates000004 |
| 19 | | | | | Plaintiff's Redacted Bank Statements – Plaintiff's Bates000005-000080<br>• March 2018<br>• April 2018<br>• May 2018<br>• June 2018<br>• July 2018<br>• August 2018<br>• September 2018<br>• October 2018<br>• November 2018<br>• December 2018 |
| 20 | | | | | Plaintiff's Redacted Bank Statements – Plaintiff's Bates000081-000164<br>• January 2019<br>• February 2019<br>• March 2019<br>• April 2019<br>• May 2019<br>• June 2019<br>• July 2019<br>• August 2019<br>• September 2019<br>• October 2019<br>• November 2019<br>• December 2019 |
| 21 | | | | | Plaintiff's Redacted Bank Statements – Plaintiff's Bates000165-000180<br>• January 2020<br>• February 2020 |
| 22 | | | | | Plaintiff's Picture of Worksite – Plaintiff's Bates000184 **(A, C, R, UP)** |
| 23 | | | | | Plaintiff's Videos 1 through 18. **(A, C, R, UP)** |

.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | | | | | | Checks issued to Plaintiff by Waterfront Construction Inc.<br>• Check No. 2496    Dated: 03/09/18<br>• Check No. 2498    Dated: 03/16/18<br>• Check No. 2512    Dated: 03/23/18<br>• Check No. 2526    Dated: 03/30/18<br>• Check No. 2535    Dated: 04/06/18<br>• Check No. 2549    Dated: 04/16/18 |
| 24 | | | | | | • Check No. 2555    Dated: 04/20/18<br>• Check No. 2567    Dated: 05/04/18<br>• Check No. 2620    Dated: 06/29/18<br>• Check No. 2895    Dated: 03/16/19<br>• Check No. 2745    Dated: 11/02/18<br>• Check No. 3181    Dated: 12/20/19 |
| 25 | | | | | | Form 1099 for 2018 issued by Waterfront Construction Inc |
| 26 | | | | | | Form W-2 for 2018 issued by South East Personnel Leasing |
| 27 | | | | | | Form W-2 for 2019 issued by South East Personnel Leasing |
| 28 | | | | | | 2018 Florida Profit Corp Annual Report by Defendant, Waterfront Construction Inc **(A, R)** |
| 29 | | | | | | 2019 Florida Profit Corp Annual Report by Defendant, Waterfront Construction Inc **(A, R)** |
| 30 | | | | | | Articles of Incorporation by Defendant, Waterfront Construction Inc **(A, R)** |
| 31 | | | | | | Sunbiz information for Waterfront Construction Inc (June 26, 2020) **(A, R)** |
| 32 | | | | | | Plaintiff's Employee File<br>• Leasing Application dated April 29, 2018 (Redacted)<br>• Form W-4 dated April 29, 2018 (Redacted)<br>• Form I-9 – Employment Eligibility Verification dated April 30, 2018 (Redacted)<br>• Plaintiff's Social Security Card and Driver's License (Redacted)<br>• Plaintiff's Social Security Card (Redacted)<br>• Deduction Authorization Form dated April 29, 2018 (Redacted)<br>• Individual Characteristics Form dated April 29, 2018 (Redacted) |

| | | | | | |
|---|---|---|---|---|---|
| 33 | | | | | Composite Records by SouthEast Personnel Leasing, Inc. (Redacted)<br>• Letter dated July 17, 2020<br>• Declaration of Custodian of Records<br>• Letter dated June 17, 2020<br>• Notice of Return of Service dated June 22, 2020<br>• Subpoena to Produce Documents stamped June 22, 2020 with Exhibit "A"<br>• Client Master File dated July 14, 2020<br>• Leasing Agreement dated June 28, 2017<br>• Leasing Agreement Addendum dated June 28, 2017<br>• List of Employees **(R)**<br>• Summary of Payroll issued to each employee **(R)**<br>• Plaintiff's Leasing Application dated April 29, 2018<br>• Plaintiff's Form W-4 dated April 29, 2018<br>• Plaintiff's Form I-9 – Employment Eligibility Verification dated April 30, 2018<br>• Joseph Laforney's Leasing Application **(R)**<br>• Joseph Laforney's Form W-4 **(R)**<br>• Joseph Laforney's Form I-9 – Employment Eligibility Verification **(R)** |
| 33 | | | | | • Humberto Martinez Lopez's Arbitration Agreement **(R)**<br>• Humberto Martinez Lopez's Deduction Agreement **(R)**<br>• Humberto Martinez Lopez's Form 8850 Pre-Screening Notice and Certification Request for the Work Opportunity Credit **(R)**<br>• Humberto Martinez Lopez's Individual Characteristics Form **(R)**<br>• Bryan Medina's Leasing Application **(R)**<br>• Bryan Medina's Form W-4 **(R)**<br>• Bryan Medina's Form I-9 – Employment Eligibility Verification **(R)**<br>• Bryan Medina's Applicant Acknowledgment **(R)**<br>• Bryan Medina's Deduction Agreement **(R)**<br>• Bryan Medina's Driver's License **(R)**<br>• Bryan Medina's Social Security Card **(R)**<br>• Bryan Medina's Form 8850 Pre-Screening Notice and Certification Request for the Work Opportunity Credit **(R)**<br>• Bryan Medina's Individual Characteristics Form **(R)**<br>• Bryan Medina's Long-Term Unemployment Recipient Self-Attestation Form **(R)** |
| 34 | | | | | All Exhibits identified by Defendants |
| 35 | | | | | All Exhibits needed for impeachment |

Respectfully submitted this 12th day of March 2021,

                                                        s/Brian H. Pollock, Esq.
                                                       Brian H. Pollock, Esq.
                                                       Fla. Bar No. 174742

brian@fairlawattorney.com
FAIRLAW FIRM
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
Tel:    305.230.4884
*Counsel for Plaintiff*