| | United States District Court | |
|---|---|---|
| | SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION | |
| JORGE DELGADO MEDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>WATERFRONT CONSTRUCTION INC.,<br>and JORGE RIVAS, | | **DEFENDANTS' WITNESS LIST**<br><br>CASE No.: 1:20-CV-20698-WILLIAMS/TORRES |
| PRESIDING JUDGE<br>HONORABLE KATHLEEN M. WILLIAMS | PLAINTIFF'S ATTORNEY<br><br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>7300 N. Kendall Drive,<br>Suite 450<br>Miami, FL 33156 | DEFENDANT'S ATTORNEY<br><br>HOFFMAN, LARIN & AGNETTI, P.A.<br>John B. Agnetti, Esq.<br>Daniel H. Kent, Esq.<br>909 North Miami Beach Blvd.<br>Suite 201<br>Miami Beach, Florida 33162 |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | LIVE or BY DEPOSITION | EST. EXAM | ADDRESS | WITNESSES |
|---|---|---|---|---|---|
| 1 | | Live | 3 hours direct | c/o Defense Counsel | Defendant Jorge Rivas |
| 2 | | Live | 3 hours cross | c/o Plaintiff's Counsel | Plaintiff, Jorge Delgado Medina |
| 3 | | Live | 1 hour direct or cross | 2739 U.S. Hwy. 19 #100 Holiday, FL 34691 | Corporate Representative, Southeast Personnel Leasing |
| 4 | | Live | 30 min direct | 952 E. 105th Street Ocean, Marathon, FL 33050 | Joe Falinski |
| 5 | | Live | 30 min direct | 135 Arbor Ln, Tavernier, FL | Bryan Caldwell |
| 6 | | Live | 30 min direct | 715 Grouper Ln, Key Largo, FL 33037 | Pedro E. Diaz (Pete) |
| 7 | | Live | 30 min direct | 956 East 105th Street Ocean, Marathon, FL 33050 | Javier Rodil |
| 8 | | Live | 30 min direct | 4 North Blackwater Ln #104, Key Largo, FL 33037 | Joe Laforney |
| 9 | | Live | 30 min direct | 7545 SW 152 Ave, #D107, Miami, FL 33193 | Yusiel Lopez |
| 10 | | Live | 30 min direct | 3560 NW 83rd Street, Miami, FL 33147 | Luis Alejandro Martinez |

Page 1 of 1 Pages

| 11 | | Live | 30 min direct | 11881 SW 252 Terrace, Homestead, FL 33032 | Lazaro L. Martinez Seijas |
|---|---|---|---|---|---|
| 12 | | Live | 30 min direct | 20984 SW 92nd Place, Cutler Bay, FL 33189 | Humberto Martinez Lopez |
| 6 | | Live | TBD | | All Fact Witnesses disclosed by Defendants |
| 7 | | Live | TBD | | Rebuttal / Impeachment witnesses |

Plaintiff reserves the right to supplement his Trial Witness List.

Dated this 12th day of March 2021.

        **HOFFMAN, LARIN & AGNETTI., P.A.**
        Counsel for WATERFRONT CONSTRUCTION and JORGE RIVAS
        909 North Miami Beach Blvd., Suite 201
        Miami, FL 33162
        Tel: (305) 653-5555 Fax: (305) 940-0090
        E-mail: pleadings@hlalaw.com
        Secondary e-mails: john@hlalaw.com; dkent@hlalaw.com;
                ncarryl@hlalaw.com; legalassistant@hlalaw.com

        /s/ John B. Agnetti_____
        JOHN B. AGNETTI, ESQ.
        Florida Bar No. 359841
        Daniel H. Kent, Esq.
        Florida Bar No: 443130