AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| JORGE DELGADO MEDINA,<br><br>    Plaintiff,<br><br>vs.<br><br>WATERFRONT CONSTRUCTION INC.,<br>and JORGE RIVAS,<br><br>_____/ | **DEFENDANTS' EXHIBIT LIST**<br><br>CASE No.: 1:20-CV-20698-WILLIAMS/TORRES |
| **PRESIDING JUDGE**<br>HONORABLE<br>KATHLEEN M. WILLIAMS | **PLAINTIFF'S ATTORNEY**<br>FAIRLAW FIRM<br>Brian H. Pollock, Esq.<br>7300 N. Kendall Drive<br>Suite 450<br>Miami, FL 33156 | **DEFENDANT'S ATTORNEY**<br>HOFFMAN, LARIN & AGNETTI, P.A.<br>John B. Agnetti, Esq.<br>Daniel H. Kent, Esq.<br>909 North Miami Beach Blvd.<br>Suite 201<br>Miami Beach, Florida 33162 |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Plaintiff's Objections**<br>A = Authenticity, C = Likely to Confuse, H = Hearsay, R = Relevance, SN = Settlement Negotiations UP = Unduly Prejudicial Plaintiff further objects to the lack of identification of the specific documents / materials to be introduced as exhibits. Without such identification, he asserts his reserves his objections to any/all underlying documents. |
| | 1 | | | | Plaintiff's First Set of Interrogatories to Defendant, Jorge Rivas |
| | 2 | | | | Defendant, Jorge Rivas' Responses to Plaintiff's First Set of Interrogatories |
| | 3 | | | | Plaintiff's First Set of Interrogatories to Defendant, Waterfront Construction, Inc. |
| | 4 | | | | Defendant, Waterfront Construction, Inc.'s Responses to Plaintiff's First Set of Interrogatories **(A, H, C, R, UP, SN)** |
| | 5 | | | | Plaintiff's Second Set of Interrogatories to Defendant, Waterfront Construction, Inc. **(R)** |
| | 6 | | | | Defendant, Waterfront Construction, Inc.'s Responses to Plaintiff's Second Set of Interrogatories **(R, C, H, UP)** |
| | 7 | | | | Plaintiff's First Requests for Production to Defendant, Waterfront Construction, Inc. **(R)** |
| | 8 | | | | Defendant, Waterfront Construction, Inc.'s Responses to Plaintiff's First Requests for Production **(R, C, H, UP)** |

| | | | | | |
|---|---|---|---|---|---|
| | 9 | | | | Plaintiff's Second Requests for Production to Defendant, Waterfront Construction, Inc. |
| | 10 | | | | Defendant, Waterfront Construction, Inc.'s Responses to Plaintiff's Second Requests for Production **(R, C, H, UP)** |
| | 11 | | | | Plaintiff's First Requests for Admission to Defendant, Jorge Rivas |
| | 12 | | | | Defendant, Jorge Rivas' Responses to Plaintiff's First Requests for Admission |
| | 13 | | | | Defendants' Amended First Request for Production to Plaintiff **(R)** |
| | 14 | | | | Plaintiff's Response to Defendants' Amended First Request for Production **(R, C, H, UP)** |
| | 15 | | | | Plaintiff's Paystubs for 2019 – Plaintiff's Bates000001 |
| | 16 | | | | Plaintiff's Paystubs for 2020 – Plaintiff's Bates000002 |
| | 17 | | | | Check issued by Defendant, Waterfront Construction Inc., to Plaintiff, Jorge Delgado dated 12/20/2019. Check No. 3181 – Plaintiff's Bates000003 |
| | 18 | | | | Check issued by SouthEast to Plaintiff, Jorge Delgado dated 01/10/2020. Check No. 1615983 – Plaintiff's Bates000004 |

| | 19 | | | | Checks issued by SouthEast to Plaintiff Jorge Delgado: |
|---|---|---|---|---|---|

Check no.   Date
9107357 5/11/18
9140714 5/18/18
9169103 5/25/18
91690916 6/1/18
9225604 6/11/18
9254398 6/15/18
9281700 6/22/18
9312421 6/29/18
9333352 7/6/18
9369260 7/13/18
9388797 7/20/18
9426541 7/30/18
9454012 8/3/18
9484984 8/10/18
9504068 8/17/18
9538016 8/24/18
9570632 8/31/18
9598212 9/7/18
9613873 9/14/18
9654380 9/21/18
9683628 10/1/18
9712176 10/5/18
9740021 10/12/18
9768367 10/19/18
9797947 10/26/18
9853451 11/9/18
9881637 11/18/18
9908342 11/23/18
9938956 11/30/18
9968038 12/7/18
9986922 12/14/18
125253 12/21/18
174331 1/4/19
203963 1/11/19
233060 1/18/19
257691 1/25/19
286561 2/1/19
314787 2/8/19
332206 2/15/19
368928 2/22/19
394274 3/1/19
422921 3/8/19
452794 3/15/19
480485 3/22/19
509436 3/29/19
537314 4/5/19
564936 4/12/19
585040 4/19/19

|  |  |  |  |  | 613901 4/26/19<br>64885 5/3/19<br>675173 5/10/19<br>705106 5/17/19<br>733790 5/24/19<br>761321 5/31/19<br>777565 6/7/19<br>814840 6/14/19<br>844464 6/21/19<br>860224 6/28/19<br>889980 7/5/19<br>922681 7/12/19<br>954506 7/19/19<br>978111 7/26/19<br>1008293 8/2/19<br>1028994 8/9/19<br>1053768 8/16/19<br>1082008 8/23/19<br>1116718 8/30/19<br>1137656 9/6/19<br>1173124 9/13/19<br>1190067 9/20/19<br>1219104 9/27/19<br>1247616 10/4/19<br>1283309 10/15/19<br>1309097 10/18/19<br>1327743 10/25/19<br>1352365 11/1/19<br>1390982 11/8/19<br>1417542 11/15/19<br>1440334 11/22/19<br>1464575 11/29/19<br>1495663 12/6/19<br>1523099 12/13/19<br>1549470 12/20/19<br>1615983 1/10/20<br>1648196 1/17/20<br>1671753 1/24/20<br>1695449 1/31/20<br>1720583 2/10/20 |

| | | | | | |
|---|---|---|---|---|---|
| 19 | | | | | Plaintiff's Bank Statement – Plaintiff's Bates000005-000080<br>• March 2018<br>• April 2018<br>• May 2018<br>• June 2018<br>• July 2018<br>• August 2018<br>• September 2018<br>• October 2018<br>• November 2018<br>• December 2018 |
| 20 | | | | | Plaintiff's Bank Statement – Plaintiff's Bates000081-000164<br>• January 2019<br>• February 2019<br>• March 2019<br>• April 2019<br>• May 2019<br>• June 2019<br>• July 2019<br>• August 2019<br>• September 2019<br>• October 2019<br>• November 2019<br>• December 2019 |
| 21 | | | | | Plaintiff's Bank Statement – Plaintiff's Bates000165-000180<br>• January 2020<br>• February 2020 |
| 22 | | | | | Texts between plaintiff and defendant |
| 24 | | | | | Defendants' Checks issued to Plaintiff<br>• Check No. 2496    Dated: 03/09/18<br>• Check No. 2498    Dated: 03/16/18<br>• Check No. 2512    Dated: 03/23/18<br>• Check No. 2526    Dated: 03/30/18<br>• Check No. 2535    Dated: 04/06/18<br>• Check No. 2549    Dated: 04/16/18 |
| 24 | | | | | • Check No. 2555    Dated: 04/20/18<br>• Check No. 2567    Dated: 05/04/18<br>• Check No. 2620    Dated: 06/29/18<br>• Check No. 2895    Dated: 03/16/19<br>• Check No. 2745    Dated: 11/02/18<br>• Check No. 3181    Dated: 12/20/19 |
| 25 | | | | | Form 1099 issued in 2018 by Defendant, Waterfront Construction Inc |
| 26 | | | | | Form W-2 for 2018 issued by South East Personnel Leasing |
| 27 | | | | | Form W-2 for 2019 issued by South East Personnel Leasing |
| 28 | | | | | 2018 Florida Profit Corp Annual Report by Defendant, Waterfront Construction Inc |

| | | | | | |
|---|---|---|---|---|---|
| 29 | | | | | 2019 Florida Profit Corp Annual Report by Defendant, Waterfront Construction Inc |
| 30 | | | | | Articles of Incorporation by Defendant, Waterfront Construction Inc |
| 31 | | | | | Sunpass transaction reports from 2/13/18 through 2/17/20 |
| 32 | | | | | Plaintiff's Employee File<br>• Southeast Employee Leasing Application dated April 29, 2018<br>• Applicant Acknowledgement dated April 29, 2018<br>• Form W-4 dated April 29, 2018<br>• Form I-9 – Employment Eligibility Verification dated April 30, 2018<br>• Plaintiff's Social Security Card and Driver's License<br>• Plaintiff's Social Security Card<br>• Deduction Authorization Form dated April 29, 2018<br>• Individual Characteristics Form dated April 29, 2018 |
| 33 | | | | | Relevant Composite Records by SouthEast Personnel Leasing, Inc.<br>• Letter dated July 17, 2020<br>• Declaration of Custodian of Records<br>• Letter dated June 17, 2020<br>• Notice of Return of Service dated June 22, 2020<br>• Subpoena to Produce Documents stamped June 22, 2020 with Exhibit "A"<br>• Client Master File dated July 14, 2020<br>• Client Leasing Agreement dated July 5, 2017<br>• Client Leasing Agreement Addendum dated July 13, 2017<br>• List of Employees<br>• Summary of Payroll issued to each employee<br>• Plaintiff's Leasing Application dated April 29, 2018<br>• Plaintiff's Form W-4 dated April 29, 2018<br>• Plaintiff's Form I-9 – Employment Eligibility Verification dated April 30, 2018<br>• Plaintiff's permanent resident card, drivers license and social security card<br>• Plaintiff's Deduction authorization dated 4/29/18<br>• Plaintiff's Individual Characteristics Form dated 4/29/18<br>• |
| 34 | | | | | All Exhibits identified by Plaintiff |
| 35 | | | | | All Exhibits needed for impeachment |

Respectfully submitted this 12th day of March, 2021.

                **HOFFMAN, LARIN & AGNETTI, P. A.**
                909 North Miami Beach Blvd., Suite 201
                Miami, FL. 33162
                Telephone: (305) 653-5555
                Email: pleadings@hlalaw.com

                /s/ *John B. Agnetti*
                JOHN B. AGNETTI, ESQ.
                Fl. Bar No. 359841