UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-20698-KMW

**JORGE DELGADO MEDINA,**

        Plaintiff,

v.

**WATERFRONT CONSTRUCTION INC. and
JORGE RIVAS**,

        Defendants.              /

### ANSWER OF WATERFRONT CONSTRUCTION INC. AND JORGE RIVAS TO AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

**COME NOW WATERFRONT CONSTRUCTION INC.,** and **JORGE RIVAS,** and file this Answer to the Complaint of **JORGE DELGADO MEDINA** and states as follows:

1. Admitted.

2. Denied, and strict proof is demanded thereof.

3. Denied, and strict proof is demanded thereof.

4. Without knowledge, and therefore denied.

5. Admitted.

6. Denied, and strict proof is demanded thereof.

7. Admitted.

8. Admitted that the Court has subject matter jurisdiction over federal law claims pursuant to 28 USC sections 1331.  The remainder of the allegation is denied, and strict proof is demanded thereof.

9. Denied, and strict proof is demanded thereof.

10. Without knowledge, and therefore denied.

11. Denied, and strict proof is demanded thereof.

12. Admitted for purposes of this suit with regard to Waterfront. As to Rivas, denied,

and strict proof is demanded thereof.

13. Admitted for purposes of this suit with regard to Waterfront. As to Rivas, denied, and strict proof is demanded thereof.

14. Denied, and strict proof is demanded thereof.

15. Denied, and strict proof is demanded thereof.

16. Admitted with regard to Waterfront. As to Rivas, denied, and strict proof is demanded thereof.

17. Denied, and strict proof is demanded thereof.

18. Admitted with regard to Waterfront. As to Rivas, denied, and strict proof is demanded thereof.

19. Denied, and strict proof is demanded thereof.

20. Denied, and strict proof is demanded thereof.

21. Denied, and strict proof is demanded thereof.

22. Denied, and strict proof is demanded thereof.

23. Denied, and strict proof is demanded thereof.

24. Denied, and strict proof is demanded thereof.

25. Denied, and strict proof is demanded thereof.

26. Denied, and strict proof is demanded thereof.

27. Denied, and strict proof is demanded thereof.

28. Denied, and strict proof is demanded thereof.

29. Denied, and strict proof is demanded thereof.

## DEFENDANTS' DEMAND FOR JURY TRIAL

Defendant demands a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## AFFIRMATIVE DEFENSES

1. Defendants' practices were performed in good faith and Defendants

had reasonable grounds for believing their act or omission was not a violation of the FLSA.

2. Defendants are entitled to offset monies or other consideration paid or provided to Plaintiff by Defendants for periods in which Plaintiff was not engaged to work.

3. The alleged time for which Plaintiff seeks compensation was irregular as well as practically and administratively difficult to record.

4. The Plaintiff failed to take reasonable steps to mitigate his damages.

5. Plaintiff through representations or actions has waived his right to sue the Defendants for overtime pay or is estopped from recovering back pay or liquidated damages

6. The Plaintiff has unclean hands.

7. Any amount the Plaintiff is owed is so slight that it is "de minimis", and thus not compensable under the FLSA.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF to Brian H. Pollock, Esq. at brian@fairlawattorney.com on this 1st day of April, 2021.

**HOFFMAN, LARIN & AGNETTI., P.A.**
Counsel for WATERFRONT CONSTRUCTION and JORGE RIVAS
909 North Miami Beach Blvd., Suite 201
Miami, FL 33162
Tel: (305) 653-5555 Fax: (305) 940-0090
E-mail: pleadings@hlalaw.com
Secondary e-mails:  john@hlalaw.com; dkent@hlalaw.com;
jdonaldson@hlalaw.com

/s/ John B. Agnetti_____
JOHN B. AGNETTI, ESQ.
Florida Bar No. 359841
Daniel H. Kent, Esq.
Florida Bar No: 443130