UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-20698-TORRES [*CONSENT CASE*]

JORGE DELGADO MEDINA,

    Plaintiff,

vs.

WATERFRONT CONSTRUCTION INC. and
JORGE RIVAS,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR
APPROVAL OF SETTLEMENT AGREEMENT AND
DISMISSING CASE WITH PREJUDICE**

THIS CAUSE, having come before the Court on the Parties' Joint Motion for Approval of Settlement Agreement, and the Court, after having considered the same and being otherwise fully advised, it is hereby:

    **ORDERED AND ADJUDGED** that the Joint Motion is hereby **GRANTED**:

1. The Settlement Agreement is **APPROVED**.
2. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.
3. Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.
4. The Court shall retain jurisdiction over this case for the purpose of enforcing the terms of the Settlement Agreement for 18 months.

    **DONE** and **ORDERED** in Chambers this ____ day of _____ 2021.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

<u>Copies furnished to:</u>
*Counsel of record by CM/ECF*